No. 167, Misc.   ELY *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 169, Misc.   RUBERTO *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 170, Misc.   MORRIS *v.* TAYLOR.   Court of Civil Appeals of Texas, Third Supreme Judicial District.   Certiorari denied.

No. 171, Misc.   HANSEN *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Morris Lavine* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 173, Misc.   FOREMAN *v.* TEXAS ET AL.   Court of Criminal Appeals of Texas.   Certiorari denied.

No. 177, Misc.   LORENTZEN *v.* WASHINGTON ET AL. Supreme Court of Washington.   Certiorari denied.

No. 178, Misc.   TAYLOR *v.* BOLES, WARDEN.   Supreme Court of Appeals of West Virginia.   Certiorari denied.

No. 179, Misc.   JARRELL *v.* WEST VIRGINIA.   Supreme Court of Appeals of West Virginia.   Certiorari denied.

No. 181, Misc.   HOLLEY *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.